UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIPE LOPEZ, JR.,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:25-cr-0006-RJJ

**ORDER**

Defendant appeared before me on June 9, 2025, with appointed counsel, for an initial appearance and arraignment. Prior to the hearing, the Government obtained a writ of habeas corpus ad prosequendum, which directed the Administrator of the Muskegon Correctional Facility to surrender Defendant to federal authorities. (ECF No. 11.) At the time the Court issued this writ, Defendant was serving a custodial sentence in the Michigan Department of Corrections.

After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on June 10, 2025.

    /s/ Maarten Vermaat
Maarten Vermaat
United States Magistrate Judge